UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 09-09128-MMM(AGRx) | Date | January 11, 2010 |

| | |
|---|---|
| Title | Heckler & Koch, Inc. et al v. Evike.Com, Inc |

Present: The Honorable  MARGARET M. MORROW

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None appearing | None appearing |

**Proceedings:**    Order to Show Cause re Copyright, Patent, and Trademark Reporting Requirements

    On December 15, 2009, the Clerk's Office sent a notice to counsel re copyright, patent, and trademark reporting requirements.  As of today's date, the attorney has not filed the required AO-120 and/or AO-121 form(s).

    The court hereby orders plaintiff's counsel to show cause in writing, on or before **January 22, 2010**, why this case should not be dismissed for failure to comply with this requirement. The order to show cause will stand submitted upon the filing of counsel's response.  The parties may file the required forms as a satisfactory response to this order.